## Strawn Farmers' Elevator Company, Appellant, v. Edward P. McKenna and John A. Rodgers, trading as McKenna & Rodgers, Appellees.

### Gen. No. 20,925. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HENRY C. BEITLER, Judge, presiding. Heard in this court at the October term, 1914. Reversed and remanded. Opinion filed October 5, 1915.

### Statement of the Case.

Action by the Strawn Farmers' Elevator Company, a corporation, plaintiff, against Edward P. McKenna and John A. Rodgers, trading as McKenna & Rodgers, defendants, in the Municipal Court of Chicago, to recover for grain sold and delivered to defendants. Defendants filed a claim of set-off, based on contracts for the future delivery of grain, made in the name of plaintiff by one who had a written contract with it to act as its manager. From a judgment favorable to defendants, plaintiff appeals.

NORTON & ORTMAN and THOMAS J. LAWLESS, for appellant; KRAUS, ALSCHULER & HOLDEN, of counsel.

WINSTON, PAYNE, STRAWN & SHAW, for appellees; WALTER H. JACOBS, of counsel.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

CORPORATIONS, § 255*—*when not bound by speculation of manager.* The mere fact that speculative orders to be executed on the Chicago Board of Trade were sent in the name of a corporation by one having a written contract with such corporation to act as its manager, does not bind the principal on such contracts, where such dealing is not within the general scope of the agency of such manager.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.